### TAYLOR *v.* THE STATE.

PER CURIAM. It appears from the announcement by one of the counsel of record for the plaintiff in error, F. T. Taylor, that since the argument of this case before this court the plaintiff in error has departed this life, prior to the decision of the case.

It is ordered that the writ of error be and the same is hereby dismissed.

*All the Justices concur, except Beck, J., absent, and Hill, J., not presiding.*
                    NOVEMBER 14, 1911.

Conviction of murder; from Appling superior court.

*A. V. Sellers* and *W. W. Bennett,* for plaintiff in error.

*T. S. Felder, attorney-general,* and *J. H. Thomas, solicitor-general,* contra.